DAVID J. BERGER, State Bar No. 147645
THOMAS J. MARTIN, State Bar No. 150039
CATHERINE E. MORENO, State Bar No. 264517
ANALISA M. PRATT, State Bar No. 262951
SAVITH S. IYENGAR, State Bar No. 268342
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PHILIP HWANG, State Bar No. 185070
PAUL CHAVEZ, State Bar No. 241576
AUDREY DANIEL, State Bar No. 266117
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs
UELIAN DE ABADIA-PEIXOTO, ESMAR CIFUENTES,
PEDRO NOLASCO JOSE, and MI LIAN WEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. CV 11-04001 RS <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO DISMISS** |

1     WHEREAS, on August 15, 2011, Plaintiffs filed their Complaint against Defendants;

2     WHEREAS, on August 17, 2011, Plaintiffs filed their Motion for Class Certification and

3 noticed it for hearing on October 27, 2011;

4     WHEREAS, on September 8, 2011, Defendants filed their Motion Seeking Enlargement

5 of Time to File Opposition to Plaintiffs' Motion for Class Certification, and stated that

6 Defendants intended to file a Motion to Dismiss the Complaint;

7     WHEREAS, on September 12, 2011, Plaintiffs filed their Opposition to Defendants'

8 Motion for Enlargement of Time to File Opposition to Plaintiffs' Motion for Class Certification;

9     WHEREAS, pursuant to an Order by the Court on September 12, 2011, the parties

10 engaged in further meet and confer negotiations to attempt to agree on a briefing schedule for

11 both the motion for class certification and for any motion to dismiss, with a joint hearing to be

12 held no later than November 17, 2011;

13     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

14 subject to the approval of the Court, as follows:

15     1.    Defendants shall file and serve their Motion to Dismiss the Complaint on or

16 before October 11, 2011;

17     2.    Defendants shall file and serve their Opposition to Plaintiffs' Motion for Class

18 Certification on or before October 14, 2011;

19     3.    Plaintiffs shall file and serve their Reply in Support of their Motion for Class

20 Certification on or before October 24, 2011;

21     4.    Plaintiffs shall file and serve their Opposition to Defendants' Motion to Dismiss

22 the Complaint on or before November 1, 2011;

23     5.    Defendants shall file and serve their Reply in Support of their Motion to Dismiss

24 the Complaint on or before November 10, 2011;

25     6.    A joint hearing on Plaintiffs' Motion for Class Certification and Defendants'

26 Motion to Dismiss the Complaint will be held on November 17, 2011.

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 27, 2011 | By:    /s/ David J. Berger |
| 3 | | David J. Berger<br>WILSON SONSINI GOODRICH & ROSATI |
| 4 | | *Professional Corporation*<br>Thomas J. Martin |
| 5 | | Catherine E. Moreno<br>Analisa M. Pratt |
| 6 | | Savith S. Iyengar |
| 7 | | LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>Philip Hwang |
| 8 | | Paul Chavez<br>Audrey Daniel |
| 9 | | |
| 10 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 11 | | Julia Harumi Mass<br>Alan L. Schlosser |
| 12 | | |
| 13 | | *Attorneys for Plaintiffs* |
| 14 | Dated:  September 27, 2011 | By:    /s/ Jeffrey M. Bauer |
| 15 | | JEFFREY M. BAUER<br>Trial Attorney |
| 16 | | District Court Section<br>Office of Immigration Litigation |
| 17 | | Civil Division<br>U.S. Department of Justice |
| 18 | | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |
| 19 | | Telephone: (202) 532-4786<br>Facsimile (202) 616-8962 |
| 20 | | Email: jeffrey.bauer@usdoj.gov |
| 21 | | TONY WEST<br>Assistant Attorney General |
| 22 | | Civil Division |
| 23 | | DAVID J. KLINE<br>Director |
| 24 | | Office of Immigration Litigation<br>District Court Section |
| 25 | | |
| 26 | | VICTOR M. LAWRENCE<br>Principal Assistant Director<br>Office of Immigration Litigation |
| 27 | | *Attorneys for Defendants* |
| 28 | | |

**SIGNATURE ATTESTATION**

I, David J. Berger, attest that I obtained the concurrence of Jeffrey M. Bauer in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 27th day of September, 2011 in Palo Alto, California.


           /s/ David J. Berger
           David J. Berger


**[PROPOSED] ORDER**

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED. The briefing schedule set forth above is hereby approved by the Court.

Dated: ___9/27/11_____

        Honorable Richard Seeborg
        United States District Judge
        Northern District of California