KEITH L. SLENKOVICH (SBN 129793)
keith.slenkovich@wilmerhale.com
TIMOTHY TATARKA (SBN 277219)
timothy.tatarka@wilmerhale.com
EUGENE MARDER (SBN 275762)
eugene.marder@wilmerhale.com
ANDREW L. LIAO (SBN 271219)
andrew.liao@wilmerhale.com
WILMER CUTLER PICKERING
     HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for *Amicus Curiae*
THE ASIAN LAW CAUCUS
CENTRO LEGAL DE LA RAZA
DOLORES STREET COMMUNITY SERVICES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, ESMAR CIFUENTES, PEDRO NOLASCO JOSE, and MI LIAN WEI on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>     vs.<br><br>JANET NAPOLITANO, Secretary of the Department of Homeland Security, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN T. MORTON, Director of U.S. Immigration and Customs Enforcement, TIMOTHY AITKEN, Field Office Director of the San Francisco District of U.S. Immigration and Customs Enforcement, ERIC H. HOLDER, JR., Attorney General, THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and JUAN P. OSUNA, Acting Director of the Executive Office for Immigration Review,<br><br>                Defendants. | Case No.  11-cv-4001 (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE ASIAN LAW CAUCUS, CENTRO LEGAL DE LA RAZA, AND DOLORES STREET COMMUNITY SERVICES REGARDING DEFENDANTS' MOTION TO DISMISS** |

Notice of Motion and Motion for Leave to File Brief of Amicus Curiae The Asian Law Caucus, Centro Legal De La Raza, and Dolores Street Community Services
Case No. 11-cv-4001 (RS)

1

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Asian Law Caucus; Centro Legal De La Raza; and Dolores Street Community Services hereby move this Court for leave to file an *amicus curiae* brief in the above-captioned case regarding Defendants' Motion to Dismiss (Dkt. 33).

## MEMORANDUM OF POINTS AND AUTHORITIES

*Amicus curiae* the Asian Law Caucus, Centro Legal De La Raza, and Dolores Street Community Services are non-profit organizations dedicated to preserving and enforcing civil rights and liberties. These organizations have extensive experience dealing with immigration policy, collectively having represented more than 600 detainees in the last 5 years.

*Amici* respectfully request leave to file an amicus brief to apprise the Court of public interest considerations implicated by Defendants' Motion to Dismiss and the case at bar concerning whether Immigration and Customs Enforcement's (ICE) shackling policy is unconstitutional. This Court has stated before that, "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court, beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (quoting *Cobell v Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)). In this case, the effects of a dismissal of Plaintiffs' case would be far-reaching and would have important consequences for all ICE detainees, many of whom are represented by *amici*. Due to its leadership and extensive experience with immigration policy, *amici* believe that they are uniquely positioned to describe the broader implications of the important decision before the Court.

2

Notice of Motion and Motion for Leave to File Brief of
Amicus Curiae The Asian Law Caucus, Centro Legal
De La Raza, and Dolores Street Community Services
Case No. 11-cv-4001 (RS)

Counsel for *amici* contacted the parties prior to filing this motion. Counsel for Plaintiffs indicated that they do not oppose this motion for leave to file an opposition brief on behalf of *amici.*. Counsel for Defendants indicated that they were not initially opposed to the motion, and would advise if they determined to oppose (no such advisory has occurred as of the time of filing).

For the foregoing reasons, the Asian Law Caucus, Centro Legal De La Raza, and Dolores Street Community Services respectfully request this Court's leave to submit the attached brief.

Dated: November 1, 2011          /s/ Keith Slenkovich
                                 Keith Slenkovich (SBN 129793)
                                 (keith.slenkovich@wilmerhale.com)
                                 WILMER CUTLER PICKERING
                                     HALE AND DORR LLP
                                 950 Page Mill Road
                                 Palo Alto, California  94304
                                 Telephone:  (650) 858-6000

                                 Attorney for *Amicus Curiae*
                                 THE ASIAN LAW CAUCUS
                                 CENTRO LEGAL DE LA RAZA
                                 DOLORES STREET COMMUNITY
                                 SERVICES

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2011, upon the following:

Jeffrey Michael Bauer
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
Email: jeffrey.bauer@usdoj.gov

Theodore W Atkinson
United States Department of Justice
Office of Immigration Litigation - District Court Section
Box 868, Ben Franklin Station
Washington, DC 20044
Email: theodore.atkinson@usdoj.gov

Erez R Reuveni
United States Department of Justice
450 5th St Nw
Washignton, DC 20530
Email: erez.r.reuveni@usdoj.gov

Alan Lawrence Schlosser
ACLU Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
Email: aschlosser@aclunc.org

Analisa M Pratt
Wilson Sonsini et al
650 Page Mill Rd
Palo Alto, CA 94304
Email: apratt@wsgr.com

Audrey Daniel
Lawyers' Committee For Civil Rights
131 Steuart St.
Suite 400
San Francisco, CA 94105
Email: audrey.daniel@gmail.com

Notice of Motion and Motion for Leave to File Brief of
Amicus Curiae The Asian Law Caucus, Centro Legal
De La Raza, and Dolores Street Community Services
Case No. 11-cv-4001 (RS)

4

| | |
|---|---|
| 1 | Catherine Moreno |
| | Wilson Sonsini Goodrigh & Rosati |
| 2 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 3 | |
| 4 | David J. Berger |
| | Wilson Sonsini Goodrich & Rosati |
| 5 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 6 | Email: dberger@wsgr.com |
| 7 | |
| | Julia Harumi Mass |
| 8 | American Civil Liberties Union of Northern California, Inc. |
| | 39 Drumm Street |
| 9 | San Francisco, CA 94111 |
| 10 | Email: jmass@aclunc.org |
| 11 | Paul R. Chavez |
| | Lawyers' Committee for Civil Rights |
| 12 | 131 Steuart Street |
| | San Francisco, CA 94105 |
| 13 | Email: pchavez@lccr.com |
| 14 | |
| | Philip Kim Hwang |
| 15 | Lawyers' Committee for Civil Rights |
| | of the San Francisco Bay |
| 16 | 131 Steuart Street, No.400 |
| | San Francisco, CA 94105 |
| 17 | Email: phwang@lccr.com |
| 18 | |
| | Savith S. Iyengar |
| 19 | Wilson Sonsini Goodrich and Rosati |
| 20 | 1 Market Street |
| | Spear Tower, Suite 3300 |
| 21 | San Francisco, CA 94105 |
| | Email: siyengar@wsgr.com |
| 22 | |
| 23 | Thomas James Martin |
| | Wilson Sonsini et al |
| 24 | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| 25 | Email: tmartin@wsgr.com |
| 26 | |
| 27 | Dated:  November 1, 2011                         /s/ Keith Slenkovich |
| | Keith Slenkovich |
| 28 | |

Notice of Motion and Motion for Leave to File Brief of Amicus Curiae The Asian Law Caucus, Centro Legal De La Raza, and Dolores Street Community Services
Case No. 11-cv-4001 (RS)

5