IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al., | No. C 11-4001 RS |
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Pursuant to Northern District Local Rule 72-1, the Court hereby refers defendants' motion for a protective order (Dkt. No. 83), plaintiffs' sealing motion (Dkt. No. 81) and any associated motion to compel they may file, as well as any further discovery disputes in this matter, to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, defendants shall re-notice their motion for hearing before the Magistrate Judge pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

Dated: 8/31/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE