United States District Court
Northern District of California

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: CV 11-04001 RS (KAW)<br><br>ORDER RE: PENDING MOTIONS AND FURTHER DISCOVERY DISPUTES |

On August 31, 2012, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. The parties are hereby directed to the Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

Defendants renoticed their motion for protective order (Dkt. 87) for November 1, 2012, which is the court's earliest available date. That hearing will be held on November 1, 2012, at 11:00 a.m. in Courtroom 4, 1301 Clay Street, Oakland, CA 94612. Taking into account the parties' stipulation lodged with the court on Friday, September 14, 2012, Plaintiffs shall file their opposition to Defendant's Motion for Protective Order on September 21, 2012. Defendants shall file their reply on or before September 28, 2012.

Pursuant to this Court's Standing Order, formal motions to compel will not be entertained, so the court will not hear Plaintiff's motion to compel. The parties are ordered to meet and confer to resolve this discovery dispute pursuant to the Standing Order. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Standing Order.

IT IS SO ORDERED.

DATE: September 17, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge