IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*, | No. C 11-04001 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 8, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

2. DISCOVERY. On or before February 21, 2013 all non-expert discovery shall be completed by the parties.

3. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

A. On or before March 22, 2013, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before April 17, 2013, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

1    C.    On or before May 8, 2013, all discovery of expert witnesses pursuant to Federal

2 Rule of Civil Procedure 26(b)(4) shall be completed.

3    4.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

4 Management Conference shall be held on **May 16, 2013 at 10:00 a.m.** in Courtroom 3, 17th

5 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

6 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

7    5.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

8 Civil Local Rule 7.  All pretrial motions shall be heard on **August 8, 2013 at 1:30 p.m.,** in

9 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

10 California.

11    6.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on

12 **November 7, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

13 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the

14 case shall attend personally.

15    7.    TRIAL DATE.  Trial shall commence on **November 18, 2013 at 9:00 a.m.**, in

16 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

17 California.

18    IT IS SO ORDERED.

20 DATED:  11/8/12

_____
RICHARD SEEBORG
United States District Judge