UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DE ABADIA-PEIXOTO, ET AL., | No. C 11-04001 RS (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendant(s). | |

A settlement conference is scheduled for November 28, 2012. The court has the government's November 20, 2012 letter. If there is any additional information that either party would like to submit, either in a shared communication or confidentially, they *may* (but are not required to) do so by email to the court's orders box at lbpo@cand.uscourts.gov by November 27, 2012, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 25, 2012

LAUREL BEELER
United States Magistrate Judge