DAVID J. BERGER, State Bar No. 147645
THOMAS J. MARTIN, State Bar No. 150039
CATHERINE E. MORENO, State Bar No. 264517
ANGIE YOUNG KIM, State Bar No. 270503
ANALISA M. PRATT, State Bar No. 262951
SAVITH S. IYENGAR, State Bar No. 268342
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.: 3:11-cv-4001 RS <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

JOINT STIPULATION AND [PROPOSED] ORDER
3:11-CV-4001 RS

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, the parties respectfully request an extension for certain discovery deadlines.

WHEREAS, on November 8, 2012, after considering a Joint Case Management Statement submitted by the parties, Judge Seeborg ordered to extend the deadline for: (1) fact discovery to February 21, 2013; (2) expert designations to March 22, 2013; (3) supplemental and rebuttal expert designations to April 17, 2013; and (4) expert witness discovery to May 8, 2013 (Dkt. Nos. 104, 107);

WHEREAS, on November 28, 2012, the parties participated in a settlement conference before Magistrate Judge Beeler;

WHEREAS, on December 12, 2012, the court noticed a further Settlement Conference scheduled for February 25, 2013;

WHEREAS, on December 17, 2012, the parties stipulated to extend certain discovery deadlines for Defendants to allow them to focus their efforts on settlement and the production of discovery particularly relevant to settlement (Dkt. No. 115);

WHEREAS, because the parties have been focusing their time and efforts on settlement and the February 25, 2013 Settlement Conference is currently scheduled after February 21, 2013 fact discovery deadline, the parties anticipate needing approximately three additional months to complete fact discovery and two additional months to complete expert discovery;

WHEREAS, in light of the requested time modifications, the parties propose to postpone the date for the Further Case Management Conference (currently scheduled for May 16, 2013) to July 16, 2013 or another date convenient to the Court;

WHEREAS, in light of the requested time modifications, the parties propose to postpone the hearing for pretrial motions (currently scheduled for August 8, 2013) to September 9, 2013 or another date convenient to the Court;

WHEREAS, the requested time modifications would have no effect on the November 18, 2013 trial date or the November 7, 2013 final pretrial conference;

IT IS HEARBY STIPULATED AND AGREED, subject to approval of the Court, that:

1. DISCOVERY.  On or before May 14, 2013, all non-expert discovery shall be completed by the parties [*currently February 21, 2013*].

2. EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

   a. On or before May 28, 2013, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) [*currently March 22, 2013*].

   b. On or before June 17, 2013, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) [*currently April 17, 2013*].

   c. On or before July 8, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed [*currently May 8, 2013*].

Dated:  January 22, 2013

Respectfully submitted,

By:  /s/ Catherine E. Moreno
     Catherine E. Moreno

WILSON SONSINI GOODRICH & ROSATI
*Professional Corporation*
David J. Berger
Thomas J. Martin
Angie Young Kim
Analisa M. Pratt
Savith S. Iyengar

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Paul Chavez

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
Julia Harumi Mass
Alan L. Schlosser

*Attorneys for Plaintiffs*

By: /s/ Christopher W. Hollis
Christopher W. Hollis

Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O Box 868
Washington, DC 20044
Telephone:  (202) 305-0899
Facsimile:  (202) 616-8962
Email:  christopher.hollis@usdoj.gov

STUART F. DELERY
Principal Deputy Assistant Attorney General
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Assistant Director
SAMUEL P. GO
Senior Litigation Counsel
EREZ R. REUVENI
Trial Attorney

*Attorneys for Defendants*

### SIGNATURE ATTESTATION

I, Catherine E. Moreno, attest that I obtained the concurrence of Christopher W. Hollis in filing this document.  I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of January, 2013 in Palo Alto, California.

/s/ Catherine E. Moreno
Catherine E. Moreno

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. DISCOVERY. On or before May 14, 2013, all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

    a. On or before May 28, 2013, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before June 17, 2013, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before July 8, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on July 18, 2013 at 10:00 a.m./~~p.m.~~ in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard on August 29, 2013 at 1:30 ~~a.m.~~/p.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: 1/24, 2013

_____
Honorable Richard Seeborg
United States District Judge