IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al., | No. C 11-4001 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR OBJECTION TO MAGISTRATE JUDGE'S ORDER** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Defendants seek review of a discovery order issued by the assigned magistrate judge. Pursuant to Civil Local Rule 72-2, motions to challenge non-dispositive rulings of magistrate judges are not set for briefing or hearing absent an order. Accordingly, the purported briefing schedule set out in the docket entry may be disregarded. Plaintiffs shall file any response to the challenge within 14 days of the date of this order. As defendants' motion exceeds the page limits of Rule 72-2, plaintiffs' opposition may also be up to seven pages long, including pages bearing the caption and signature blocks. Upon the filing of plaintiffs' response, the matter will be submitted for decision without further briefing or oral argument, unless otherwise subsequently ordered.

IT IS SO ORDERED.

Dated: 4/23/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE