United States District Court
Northern District of California

UELIAN DE ABADIA-PEIXOTO, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No.: CV 11-04001 RS (KAW)

AMENDED ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVING TO FILE DECLARATIONS IN SUPPORT OF DEFENDANTS' POSITION IN THE 4/24/13 JOINT DISCOVERY LETTER

(Dkt. No. 140)

On April 24, 2013, the parties filed a joint discovery letter. (Dkt. No. 138.) On April 25, 2013, Defendants filed an administrative motion for leave to file declarations in support of their position. (Dkt. No. 140.) On April 29, 2013, Plaintiffs filed an opposition to Defendant's administrative motion. (Dkt. No. 141.)

After considering the parties' moving papers, the Court DENIES Defendants' motion on the grounds that the submission of witness declarations in support of the joint letter directly violates the Court's Standing Order, which limits supporting documents to "exact copies of interrogatories, requests for production of documents and/or responses, privilege logs, and relevant deposition testimony." In light of the above, the submitted declarations will not be considered during the Court's disposition of the 4/24/13 Joint Letter. If the Court needs additional information to resolve the issues raised in the Joint Letter, the parties will be asked to submit declarations or other supporting documentation by a date certain or the Court will schedule a hearing.

IT IS SO ORDERED.

DATE: June 12, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge