UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DE ABADIA-PEIXOTO, ET AL., | No. C 11-04001 RS (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendant(s). | |

Defendants are directed to bring someone to the June 28 settlement conference who can explain how the RCA works, including how it weighs factors, what crimes are considered "violent" offenses, and how it works in practice (e.g., how many detainees statistically are receiving the different RCA designations, how mitigating factors such as age and medical condition are weighed, etc.). To the extent this implicates discovery concerns, the undersigned is confident that these can be worked out.

**IT IS SO ORDERED.**

Dated: June 25, 2013

LAUREL BEELER
United States Magistrate Judge