UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DE ABADIA-PEIXOTO, ET AL.,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,

Defendant(s).

_______________________________________/

No. C 11-04001 RS (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

After their conference call on Wednesday, June 26, 2013, the parties should provide an update (joint to the extent possible and separate if necessary) as soon as possible and no later than Thursday, June 27, 2013, at 11:30 a.m. They should include any agreements, disagreements, and areas for discussion (and should include any drafts). Also, the update should list the persons attending on Friday. The updates may be emailed.

**IT IS SO ORDERED.**

Dated: June 25, 2013

LAUREL BEELER
United States Magistrate Judge



UNITED STATES DISTRICT COURT
For the Northern District of California