**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al., | No. C 11-04001 LB |
| Plaintiff, | **ORDER VACATING SETTLEMENT CONFERENCE AND SETTING TELEPHONIC CONFERENCE** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Given recent developments, the court **VACATES** the settlement conference scheduled for Wednesday, October 2, 2013, **ORDERS** the government to provide an updated proposal by Monday, October 14, 2013, and **SETS** a follow-up telephone call for Tuesday, October 15, 2013 at 12:00 p.m. The parties shall meet and confer about extending the discovery deadline and shall provide each other and the court will a call-in number. If the federal government shuts down, the court will adjust dates accordingly.

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04001 LB
ORDER