DAVID J. BERGER, State Bar No. 147645
THOMAS J. MARTIN, State Bar No. 150039
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 543-9444
Facsimile:  (415) 543-0296
Email:  pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:  jmass@aclunc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.:  3:11-cv-4001 RS <br><br> <u>**CLASS ACTION**</u> <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION** |

5810233

1    Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective

2    undersigned counsel of record, hereby stipulate and agree, subject to this Court's approval, to

3    continue the hearing and briefing for Defendants' Motion for Relief from Nondispositive Pretrial

4    Order of Magistrate Judge ("Motion"; Dkt. No. 169).

5    WHEREAS, on September 6, 2013, defendants filed their Motion for relief from an order

6    to produce certain discovery with a hearing on October 10, 2013, any responses due by

7    September 20, 2013, and any replies due by September 27, 2013 (Dkt. No. 169);

8    WHEREAS, the parties have been engaged in extensive settlement negotiations;

9    WHEREAS, plaintiffs are scheduled to conduct a further telephonic settlement

10   conference with Magistrate Judge Beeler on September 24, 2013 (Dkt. No. 172) and the parties

11   are scheduled to conduct a further in-person settlement conference with her on October 2, 2013

12   (Dkt. No. 173);

13   WHEREAS, the parties seek to continue the briefing and hearing on defendants' Motion

14   in order to focus on settlement and avoid potentially unnecessary expenditure of party and

15   judicial resources on discovery disputes that may become moot if a negotiated settlement is

16   reached within the next several weeks; and

17   WHEREAS, the requested time modification would not affect the schedule for this case.

18   IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that

19   the hearing and briefing for the Motion are continued by approximately four (4) weeks as

20   follows:  (1) the hearing on the Motion, if any, is continued to November 7, 2013 at 1:30 p.m. in

21   Courtroom 3, 17th Floor, San Francisco (or the Court's next available date thereafter); (2) any

22   responses are due by October 18, 2013; and (3) in the event replies are permitted, any replies are

23   due by October 25, 2013.

24

25

26

27

28

-1-

| | |
|---|---|
| 1 | Dated: September 19, 2013 |

Respectfully submitted,

By: /s/ Angie Young Kim
        Angie Young Kim

WILSON SONSINI GOODRICH & ROSATI
*Professional Corporation*
David J. Berger
Thomas J. Martin

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Paul Chavez

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
Julia Harumi Mass
Alan L. Schlosser

*Attorneys for Plaintiffs*

Dated: September 19, 2013

By: /s/ Erez Reuveni
        Erez Reuveni

Trial Attorney
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0899
Facsimile (202) 616-8962
Email: erez.r.reuveni@usdoj.gov

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*

-2-

JOINT STIPULATION AND [PROPOSED] ORDER RE DEFS.' MOT.
3:11-CV-4001 RS

1

**SIGNATURE ATTESTATION**

2   I, Angie Young Kim, attest that I obtained the concurrence of Erez Reuveni in filing this

3 document.  I declare under penalty of the laws of the United States that the foregoing is true and

4 correct.

5   Executed this 19th day of September, 2013 in Palo Alto, California.

6            /s/ Angie Young Kim
              Angie Young Kim

7

8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11 Dated: _10/4/13_

              Honorable Richard Seeborg

12             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
