DAVID J. BERGER, State Bar No. 147645
THOMAS J. MARTIN, State Bar No. 150039
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al., | Case No.: 3:11-cv-4001 RS |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINES AND DEFENDANTS' MOTION FOR RELIEF** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

1   Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective
2   undersigned counsel of record, hereby stipulate and agree, subject to this Court's approval, to
3   hold all discovery deadlines and the briefing and hearing for Defendants' Motion for Relief from
4   Nondispositive Pretrial Order of Magistrate Judge ("Motion") (Dkt. No. 169) in abeyance during
5   the current federal government shutdown ("Shutdown").
6   WHEREAS, on May 14, 2013, after considering the parties' joint stipulation and
7   proposed order, this Court entered an order extending the deadlines for fact discovery, expert
8   discovery, dispositive motions, further case management conference, pretrial motions, pretrial
9   conference and trial (Dkt. Nos. 144, 145);
10  WHEREAS, on June 28, 2013, the parties participated in a further in-person settlement
11  conference before Magistrate Judge Laurel Beeler (Dkt. No. 156) and further telephonic
12  settlement conferences with her on June 12, 2013, June 25, 2013, July 19, 2013, July 24, 2013,
13  August 7, 2013, and September 24, 2013;
14  WHEREAS, on September 6, 2013, Defendants filed their Motion (for relief from an
15  order to produce certain discovery), requesting a hearing on October 10, 2013, Plaintiffs'
16  response by September 20, 2013, and Defendants' reply by September 27, 2013 (Dkt. No. 169);
17  WHEREAS, on September 19, 2013, the parties agreed that the hearing on Defendants'
18  Motion should be continued to November 7, 2013 (or the Court's next available date thereafter),
19  with briefing on the Motion to be adjusted accordingly, and submitted a stipulation to this effect
20  (Dkt. No. 174);
21  WHEREAS, on September 30, 2013, Magistrate Judge Beeler ordered that: (1)
22  Defendants provide her and Plaintiffs with an updated settlement proposal on October 15, 2013;
23  and (2) the parties participate in a further telephonic settlement conference on October 15, 2013,
24  with such dates to be adjusted if the government shuts down (Dkt. Nos. 178, 179);
25  WHEREAS, on October 1, 2013, the Shutdown began, preventing Defendants and their
26  counsel from participating in discovery, motion practice, or settlement of this matter;
27  WHEREAS, on October 4, 2013, this Court granted the parties' joint stipulation and
28  ordered that the hearing on Defendants' Motion would be continued to November 7, 2013, any

1  response would be due October 18, 2013 and any reply due October 25, 2013 (Dkt. Nos. 169,
2  180);
3       WHEREAS, in light of the ongoing Shutdown, the parties are unable to determine how to
4  adjust the current deadlines relating to discovery and the Motion or when Defendants' counsel
5  will be able to reengage in this litigation;
6       WHEREAS, the parties have agreed to hold discovery deadlines and the briefing and
7  hearing for Defendants' Motion in abeyance until the Shutdown ends;
8       WHEREAS, Defendants have agreed to provide Plaintiffs and Magistrate Judge Beeler
9  with an updated settlement proposal after the Shutdown ends on a date to be determined as
10 October 15, 2013, plus the total number days of the Shutdown;
11      WHEREAS, since the requested time modification would affect the schedule for this
12 case, the parties have agreed to meet and confer once the Shutdown ends and after Defendants
13 have provided Plaintiffs and Magistrate Judge Beeler with an updated settlement proposal to
14 agree upon a modified schedule for the Motion and for discovery;
15      IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that all
16 discovery deadlines and the briefing and hearing for the Motion are held in abeyance until the
17 government Shutdown ends and Defendants provide Plaintiffs and Magistrate Judge Beeler with
18 an updated settlement proposal, at which time the parties will meet and confer to agree upon a
19 modified schedule for discovery and the Motion.
20
21
22
23
24
25
26
27 ///
28 ///

-2-

JOINT STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES AND DEFS.' MOT. FOR RELIEF
3:11-CV-4001 RS

| | | |
|---|---|---|
| 1 | Dated: October 14, 2013 | Respectfully submitted, |
| 2 | | By: /s/ Angie Young Kim |
| | | Angie Young Kim |

WILSON SONSINI GOODRICH & ROSATI
*Professional Corporation*
David J. Berger
Thomas J. Martin
Catherine E. Moreno

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Paul Chavez

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
Julia Harumi Mass
Alan L. Schlosser

*Attorneys for Plaintiffs*

Dated: October 14, 2013

By: /s/ Erez Reuveni
Erez Reuveni

Trial Attorney
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0899
Facsimile (202) 616-8962
Email: erez.r.reuveni@usdoj.gov

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

I, Savith Iyengar, attest that I obtained the concurrence of Erez Reuveni and Angie Young Kim in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 14th day of October, 2013 in San Francisco, California.

/s/ Savith Iyengar
Savith Iyengar

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/15/13

Honorable Richard Seeborg
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES AND DEFS.' MOT. FOR RELIEF
3:11-CV-4001 RS