1  DAVID J. BERGER, State Bar No. 147645
   CATHERINE E. MORENO, State Bar No. 264517
2  THOMAS J. MARTIN, State Bar No. 150039
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: tmartin@wsgr.com
6
   PAUL CHAVEZ, State Bar No. 241576
7  LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   131 Steuart Street, Suite 400
8  San Francisco, CA 94105
   Telephone: (415) 543-9444
9  Facsimile: (415) 543-0296
   Email: pchavez@lccr.com
10
   JULIA HARUMI MASS, State Bar No. 189649
11 ALAN L. SCHLOSSER, State Bar No. 49957
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
12 OF NORTHERN CALIFORNIA, INC.
   39 Drumm Street
13 San Francisco, CA 94111
   Telephone: (415) 621-2493
14 Facsimile: (415) 255-8437
   Email: jmass@aclunc.org
15
   Attorneys for Plaintiffs
16

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  UELIAN DE ABADIA-PEIXOTO, *et al.*, | Case No.: 3:11-cv-4001 RS |
| 21             Plaintiffs, | **CLASS ACTION** |
| 22        v. | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING DATE ON PLAINTIFFS' ANTICIPATED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, AND SUBSTITUTING CERTAIN DEFENDANTS** |
| 23  UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| 24             Defendants. | |

28         stipulation and [proposed] order re. motion for preliminary approval and substituting
                                                         defendants_(palib1_5936126_2)

1       Pursuant to Civil Local Rule 7-12, the parties, by and through their respective undersigned counsel of record, hereby stipulate and agree, subject to this Court's approval, as follows:

      WHEREAS, on August 15, 2011, Plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco Jose and Mi Lian Wei ("Named Plaintiffs") filed their class action civil rights complaint for injunctive and declaratory relief against Defendants United States Department of Homeland Security ("DHS"); Janet Napolitano, Secretary of DHS; United States Immigration and Customs Enforcement ("ICE"); John T. Morton, Director of ICE; Timothy Aitken, Field Office Director of the San Francisco District of ICE; Eric H. Holder, Jr., United States Attorney General; the Executive Office for Immigration Review ("EOIR"), and Juan P. Osuna, Director of EOIR (collectively, "Defendants") (Dkt. No. 1);

      WHEREAS, on December 23, 2011, after considering the parties' briefing, the Court denied Defendants' motion to dismiss and certified Plaintiffs' class consisting of all current and future adult immigration detainees who have or will have proceedings in immigration court in San Francisco, with Named Plaintiffs serving as class representatives (Dkt. No. 52);

      WHEREAS, in July 2013, ICE Director John T. Morton resigned as Director of ICE, and in August 2013, John Sandweg became the Acting Director of ICE;

      WHEREAS, on September 6, 2013, Rand Beers became the Acting Secretary of DHS, replacing Secretary Janet Napolitano;

      WHEREAS, on November 6, 2013, the parties filed a joint stipulation and proposed order to continue their case management conference from November 14, 2013 to February 13, 2014, explaining that the parties were in the final stages of negotiating a potential resolution to this action and expected that a further settlement conference with Magistrate Judge Laurel Beeler would be held on November 18 or 20, 2013, if they were unable to reach agreement before that time (Dkt. No. 191);

      WHEREAS, on November 7, 2013, the Court continued the parties' case management conference from November 14, 2013 to February 13, 2014 (Dkt. No. 192);

1  WHEREAS, the parties have subsequently engaged in settlement negotiations with the assistance of Magistrate Judge Beeler (Dkt. Nos. 193-200) and anticipate that they will imminently reach agreement as to the terms of settlement of this action, and Plaintiffs will be filing an unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion");

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Plaintiffs will file the unopposed Motion on or before December 19, 2013.
2. The Motion shall be heard on January 23, 2014, or such later date as is convenient to the Court.
3. Pursuant to Fed. R. Civ. P. 25(d), John Sandweg and Rand Beers shall be substituted for Defendants John T. Morton and Janet Napolitano in this action, and the caption in this action shall be styled as follows to reflect the aforementioned substitution:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, RAND BEERS, Acting Secretary of the United States Department of Homeland Security, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN SANDWEG, Acting Director of U.S. Immigration and Customs Enforcement, TIMOTHY AITKEN, Field Office Director of the San Francisco District of U.S. Immigration and Customs Enforcement, ERIC H. HOLDER, JR., United States Attorney General, THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and JUAN P. OSUNA, Director of the Executive Office for Immigration Review, <br><br>　　　　Defendants. | Case No.:  3:11-cv-4001 RS <br><br>**CLASS ACTION** |

-2-

JOINT STIPULATION AND [PROPOSED] ORDER
3:11-CV-4001 RS

| | | |
|---|---|---|
| 1 | Dated:  November 22, 2013 | Respectfully submitted, |
| 2 | | By: /s/ Catherine E. Moreno |
| | | Catherine E. Moreno |

WILSON SONSINI GOODRICH & ROSATI
*Professional Corporation*
David J. Berger
Thomas J. Martin
Angie Young Kim
Savith S. Iyengar
Briza Sanchez

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Paul Chavez

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
Julia Harumi Mass
Alan L. Schlosser

*Attorneys for Plaintiffs*

Dated:  November 22, 2013                           By: /s/ Erez Reuveni
                                                             Erez Reuveni

Trial Attorney
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0899
Facsimile (202) 616-8962
Email: erez.r.reuveni@usdoj.gov

STUART F. DELERY
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*

-3-

JOINT STIPULATION AND [PROPOSED] ORDER
3:11-CV-4001 RS

## SIGNATURE ATTESTATION

I, Savith S. Iyengar, attest that I obtained the concurrence of Catherine E. Moreno and Erez Reuveni in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of November, 2013 in San Francisco, California.

           /s/ Savith S. Iyengar
           Savith S. Iyengar

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  11/25/13       _/s/ Richard Seeborg_
           Honorable Richard Seeborg
           United States District Judge