DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
ROBIN GOLDFADEN, State Bar No. 208055
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
JINGNI (JENNY) ZHAO, State Bar No. 284684
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.: 3:11-cv-4001 RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CATHERINE E. MORENO IN SUPPORT OF PLAINTIFFS' UNOPPOSED NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  January 23, 2014<br>Time:  1:30 p.m.<br>Judge:  Honorable Richard Seeborg<br>Ctrm:  3, 17th Floor |

-1-

I, Catherine E. Moreno, declare:

1. I am an attorney duly licensed to practice before this Court and one of the counsel in this action for plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco Jose and Mi Lian Wei. I make this Declaration in support of Plaintiffs' Unopposed Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), where I am a member of the firm's Pro Bono Committee.

3. WSGR is the premier provider of legal services to technology, life sciences, and growth enterprises worldwide, as well as the public and private capital markets that finance them. The firm's broad array of services and practice areas focuses on addressing the principal challenges faced by our clients' management, boards of directors, shareholders, and in-house counsel. We represent companies at every stage of development, from entrepreneurial start-ups to multibillion-dollar global corporations. WSGR is nationally recognized as a leader in corporate governance, public and private offerings of equity and debt securities, mergers and acquisitions, securities class action litigation, intellectual property litigation, joint ventures and strategic alliances, and technology licensing and other intellectual property transactions.

4. WSGR is based in Palo Alto, California and has offices in Austin, Beijing, Brussels, Georgetown (DE), Hong Kong, Los Angeles, New York, San Diego, San Francisco, Seattle, Shanghai, and Washington, D.C. WSGR has over three hundred attorneys between its San Francisco and Palo Alto offices and more than 600 worldwide.

5. In fiscal year 2012, our attorneys and other professionals provided approximately 39,000 hours of *pro bono* legal work nationwide. Historically, the firm's services have ranged from defending an appeal of a groundbreaking $4 million verdict against a former operative of a Chilean dictatorship to offering trademark advice to a Silicon Valley performing arts school. Recently, one of the firm's global generics partners advised the Medicines Patent Pool in its first-ever agreement with a pharmaceutical company, Gilead Sciences, to grant licenses to generic

drug manufacturers for HIV/AIDS medicines, which will significantly improve access to such treatments in developing countries. Over the years, our attorneys have provided *pro bono* assistance to approximately 250 agencies in fields such as healthcare, education, the arts, and the environment, as well as to numerous individuals in cases involving consumer, guardianship, and asylum issues.

6. WSGR has been recognized for its *pro bono* efforts with many *pro bono* awards. The State Bar of California has honored the firm's efforts with its President's Pro Bono Service Award (Large Firm Category), and the firm has received the Bar Association of San Francisco's Outstanding Law Firm in Public Service Award. We also have received *pro bono* awards from the Humane Society, Rubicon Programs, Little Kids Rock, Asian Pacific Islander Legal Outreach, Next Door Solutions to Domestic Violence, and the San Diego Volunteer Lawyer Program.

7. Regarding my experience, I received a Juris Doctor degree from Columbia University in 2001. I am a duly licensed attorney and am admitted to practice law in the States of California and New York.

8. I have practiced law for over ten years in a variety of securities and commercial litigation matters. I have handled trials, appeals, mediations, and arbitration proceedings across the United States, and have been involved in numerous federal court class action cases.

9. My colleagues and I have recorded significant time to this action. For example, I have recorded approximately 1,081.2 hours to this action since 2009. Savith S. Iyengar, a duly-licensed associate at WSGR who received a Juris Doctor degree from Harvard Law School in 2009, has recorded approximately 1,694.3 hours to this action since 2011. Pursuant to statutory maximum hourly rates (adjusted for increases in the cost of living) of $172.24, $175.06, $180.59, $184.32, and $186.55 for 2009, 2010, 2011, 2012, and 2013 (first half) under the Equal Access to Justice Act, as provided by the United States Court of Appeals for the Ninth Circuit, this recorded time corresponds to a total of approximately $508,627.56. This amount excludes time recorded by seventeen other WSGR attorneys and twenty staff (including data analysts, reference

librarians and paralegals), as well as numerous filing, transportation and other costs associated with this action.

10. It has been and remains my general practice to keep contemporaneous records for all time billed to clients and to enter all of my time for a particular client, on a particular day, in a single entry for the client on that date. It is also my practice to include sufficient detail in my time entries to inform the client as to the nature of the services I performed for them. I followed these billing practices throughout this case. My bills reflected no more than the time actually spent, and in many cases actually reflect less time than I spent.

11. In negotiating the settlement of this action, the issue of fees was not negotiated until after the parties had reached an agreement in principle on the substantive aspects of the settlement.

12. Attached hereto as Exhibit 1 is a true and correct copy of the parties' signed settlement agreement, dated December 18, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on this 19th day of December, 2013, in Palo Alto, California.

                                                    /s/ Catherine E. Moreno
                                                    Catherine E. Moreno