UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** January 23, 2014         **Time in Court:** 15 min.

**Case No.:** C 11-04001 RS

**Case Title:** Uelian De Abadia-Peixoto, et al., v. United States Dept. of Homeland Security

**Appearances:**

    For Plaintiff(s): Julia Mass, Paul Chavez, Catherine Moreno

    For Defendant(s): Erez Reuveni

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Kathy Wyatt

## PROCEEDINGS

Motion for Settlement Hearing Held.

## SUMMARY

Case Management Conference set for 2/13/14 Vacated.

MOTION/MATTER:  **( X ) Granted**

        ( ) Denied request for Preliminary Injunction.

        ( ) Granted in part/Denied in part

        ( ) Taken under submission

        ( ) Withdrawn/Off Calendar

        ( ) Continued to:

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**