DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
ROBIN GOLDFADEN, State Bar No. 208055
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 543-9444
Facsimile:   (415) 543-0296
Email:  pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
JINGNI (JENNY) ZHAO, State Bar No. 284684
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
Email:  jmass@aclunc.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.: 3:11-cv-4001 RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] FINAL ORDER AND STIPULATED DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 23(e), and in accordance with the settlement agreement ("Agreement") entered into by all parties on December 18, 2013, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. This Final Order and Dismissal adopts and incorporates by reference the terms and definitions of the Agreement submitted as Exhibit 1 to the Declaration of Catherine E. Moreno, filed with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. 203).

2. The Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. §§ 2201 and 2202 (declaratory relief), and 5 U.S.C. § 706 (waiver of sovereign immunity). The Court has personal jurisdiction over the Plaintiff Class (as defined in the Court's order granting Plaintiffs' Motion for Class Certification (Dkt. 52)), the Settlement Class (as defined in paragraph 5 herein), and Defendants.

3. The Notice of Proposed Settlement (the "Notice," in the form attached as Exhibit C to the Agreement, was directed to members of the Settlement Class in accordance with the Preliminary Approval Order (Dkt. 208), dated January 23, 2014, and (a) constituted the best notice practicable under the circumstances and (b) was reasonably calculated, under the circumstances, to apprise Class members of the pendency of the Settlement and the release of rights contained in the Agreement. Pursuant to, and in accordance with, Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds that the Notice provided members of the Class due and adequate notice of the Settlement, the Agreement, these proceedings, and the rights of members of the Settlement Class to object to the Settlement.

4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the Settlement as set forth in the Agreement and finds that the Settlement is in all respects fair, reasonable, and adequate to the Settlement Class members. Accordingly, the Settlement shall be consummated in accordance with the terms and provisions of the Agreement, which are incorporated by reference into this Final Order and Stipulated Dismissal.

-1-

5.  By its Preliminary Approval Order, dated January 23, 2014, the Court preliminarily certified the following Settlement Class: All current and future adult immigration detainees who have or will have proceedings in immigration court in San Francisco during the term of the Agreement.

6.  The Court finds that this Settlement Class satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, including the requirements of numerosity, commonality, typicality, and adequacy pursuant to Rule 23(a) and at least one of the requirements of Rule 23(b). The Court hereby certifies the Settlement Class as described in Paragraph 5 of this Final Order and Dismissal.

7.  The Court approves Uelian De Abadia-Peixoto, Esmar Cifuentes, Mi Lian Wei, and Pedro Nolasco Jose as Class Representatives for the Settlement Class.

8.  The Court finds that Class Counsel, Wilson Sonsini Goodrich & Rosati PC, Lawyers' Committee for Civil Rights of the San Francisco Bay Area, and the American Civil Liberties Union Foundation of Northern California, Inc. have fairly and adequately represented the interests of the Class and satisfied all the requirements of Rule 23(g) of the Federal Rules of Civil Procedure.

9.  Upon the Settlement becoming final in accordance with Section IX of the Agreement, the parties agree that this action will be DISMISSED.

10. Without in any way affecting the finality of this Final Order and Stipulated Dismissal, this Court has continuing jurisdiction as to all matters relating to the interpretation, administration, and enforcement of the Agreement.

11. The Court finds that this Final Order and Stipulated Dismissal adjudicates all of the claims, rights, and liabilities of the Parties to the Settlement, and is intended to be final.

IT IS SO ORDERED.


Dated: _____                    _____
                                               United States District Court Judge

-2-

1    Dated:  March 6, 2014                    Respectfully submitted,

2                                             By: /s/ Catherine E. Moreno
                                                  Catherine E. Moreno
3                                             WILSON SONSINI GOODRICH & ROSATI
                                              *Additional Counsel on Caption Page*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL ORDER AND DISMISSAL
Case No.: 3:11-cv-4001 RS