# EXHIBIT B

STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
District Court Section
WILLIAM C. SILVIS
Acting Assistant Director
CHRISTOPHER HOLLIS
Trial Attorney
EREZ REUVENI
Trial Attorney

United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    Christopher.Hollis@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| DE ABADIA-PEIXOTO, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> *UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,* <br><br> Respondents. | Case No. C 11-04001-RS (LB) <br><br> **DECLARATION OF JEFF ROSENBLUM** |

I, Jeff Rosenblum declare as follows:

    1.    I serve as the General Counsel of the Executive Office for Immigration Review (EOIR). In this capacity, I provide legal counsel and litigation assistance on matters pertaining to the Immigration and Nationality Act and other laws and

procedures as they relate to EOIR, among other duties.  I have served in this position since my appointment in 2012.

2.	I have prepared this declaration to explain EOIR's compliance with this court's January 23, 2014, Preliminary Approval Order.

3.	EOIR complied with the Preliminary Approval Order by posting the required "Notice of Proposed Class Action Settlement" or "Notice" on its website in English, Spanish, and Chinese on January 30, 2014.

4.	EOIR posted the Notice on its website in the Punjabi language on January 31, 2014, due to inaccuracies in the Punjabi translation.

5.	Per agreement between the parties, Plaintiffs provided finalized versions of the Notice in English, Spanish, Chinese, and Punjabi (collectively the "Notices") to Defendants.  EOIR then utilized its contract court interpreters to check the accuracy of the Spanish, Chinese, and Punjabi translations, correct any inaccuracies, and provide the Notices back to Plaintiffs for approval prior to posting on EOIR's website.  The interpreter reviewing the Punjabi translation of the Notice found numerous inaccuracies in the translation, requiring extensive revisions to the document.  As a result, EOIR posted the Punjabi translation of the Notice after extensive revision of the document, and after EOIR's changes to the document were accepted by Plaintiffs.

6.	EOIR has maintained copies of the Notices to provide as alternate forms of notice upon request by an individual detainee.  To the best of my knowledge, we have not received requests for copies of Notices in alternate form.

7.	As of the signing of this declaration, the Notices remain posted on EOIR's website.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2014          _____
                              JEFF ROSENBLUM