DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
ROBIN GOLDFADEN, State Bar No. 208055
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
JINGNI (JENNY) ZHAO, State Bar No. 284684
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>   Defendants. | Case No.: 3:11-cv-4001 RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CATHERINE E. MORENO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 10, 2014<br>Time: 1:30 p.m.<br>Judge: Honorable Richard Seeborg<br>Ctrm: 3, 17th Floor |

I, Catherine E. Moreno, declare:

1. I am an attorney duly licensed to practice before this Court and one of the counsel in the above-captioned action for plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco Jose, and Mi Lian Wei. I make this Declaration in support of Plaintiffs' Unopposed Motion in Support of Final Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), where I am a member of the firm's Pro Bono Committee.

3. WSGR is the premier provider of legal services to technology, life sciences, and growth enterprises worldwide, as well as the public and private capital markets that finance them. The firm's broad array of services and practice areas focuses on addressing the principal challenges faced by our clients' management, boards of directors, shareholders, and in-house counsel. We represent companies at every stage of development, from entrepreneurial start-ups to multibillion-dollar global corporations. WSGR is nationally recognized as a leader in corporate governance, public and private offerings of equity and debt securities, mergers and acquisitions, securities class action litigation, intellectual property litigation, joint ventures and strategic alliances, and technology licensing and other intellectual property transactions.

4. WSGR is based in Palo Alto, California and has offices in Austin, Beijing, Brussels, Georgetown (DE), Hong Kong, Los Angeles, New York, San Diego, San Francisco, Seattle, Shanghai, and Washington, D.C. WSGR has over three hundred attorneys between its San Francisco and Palo Alto offices and more than 600 worldwide.

5. In fiscal year 2012, our attorneys and other professionals provided approximately 39,000 hours of *pro bono* legal work nationwide. Historically, the firm's services have ranged from defending an appeal of a groundbreaking $4 million verdict against a former operative of a Chilean dictatorship to offering trademark advice to a Silicon Valley performing arts school. Recently, one of the firm's global generics partners advised the Medicines Patent Pool in its first-ever agreement with a pharmaceutical company, Gilead Sciences, to grant licenses to generic drug manufacturers for HIV/AIDS medicines, which will significantly improve access to such

treatments in developing countries. Over the years, our attorneys have given *pro bono* assistance to approximately 250 agencies in fields such as healthcare, education, arts, and the environment, and to numerous individuals in cases involving consumer, guardianship, and asylum issues.

6. WSGR has been recognized for its *pro bono* efforts with many *pro bono* awards. The State Bar of California has honored the firm's efforts with its President's Pro Bono Service Award (Large Firm Category), and the firm has received the Bar Association of San Francisco's Outstanding Law Firm in Public Service Award.  We also have received *pro bono* awards from the Humane Society, Rubicon Programs, Little Kids Rock, Asian Pacific Islander Legal Outreach, Next Door Solutions to Domestic Violence, and the San Diego Volunteer Lawyer Program.

7. Regarding my experience, I received a Juris Doctor degree from Columbia University in 2001.  I am a duly licensed attorney and am admitted to practice law in the States of California and New York.

8. I have practiced law for over ten years in a variety of securities and commercial litigation matters.  I have handled trials, appeals, mediations, and arbitration proceedings across the United States, and have been involved in numerous federal court class action cases.

9. My colleagues and I have recorded significant time to this action.  Below is a chart reflecting the WSGR attorney timekeepers and hours billed to this matter from January 1, 2011 through December 31, 2013.

///

///

| Attorney Timekeeper | Hours Billed (2011-2013) |
|---|---|
| Savith S. Iyengar | 1,720.7[1] |
| Catherine E. Moreno | 805.9 |
| Analisa M. Pratt | 754.0 |
| Thomas J. Martin | 585.5 |
| Angie Young Kim | 545.4 |
| Briza Sanchez | 525.2 |
| David J. Berger | 42.5 |
| Maulik G. Shah | 38.4 |
| Nicole Healy | 21.6 |
| David A. Brown | 12.1 |
| Aaron J. Katz | 10.4 |
| Bryan J. Ketroser | 8.2 |
| Elizabeth C. Tippett | 6.0 |
| Pamela E. Glazner | 5.8 |
| Crystal M. Gaudette | 4.1 |
| **Total** | **5,085.8** |

10. Applying the average maximum hourly billing rates under the Equal Access to Justice Act ("EAJA"),[2] this amounts to $935,685.48. This amount excludes 338.9 hours recorded by sixteen (16) staff,[3] including summer associates, paralegals, reference librarians, and data analysts from 2011-2013, as well as filing, transportation, and other costs associated with this action.

11. It has been and remains my general practice to keep contemporaneous records for all time billed to clients and to enter all of my time for a particular client, on a particular day, in a single entry for the client on that date. It is also my practice to include sufficient detail in my time entries to inform the client as to the nature of the services I performed for them. I followed these billing practices throughout this case. My bills reflected no more than the time actually spent, and in many cases actually reflect less time than I spent.

---

[1] The increase in hours since my declaration in support of preliminary approval of the settlement, submitted on December 19, 2013, reflects additional time spent through December 31, 2013.

[2] The statutory maximum hourly rates (adjusted for increases in the cost of living) were $180.59, $184.32, and $187.02 for 2011, 2012, and 2013 under the EAJA, as provided by the United States Court of Appeals for the Ninth Circuit. The average maximum rate for these years ($183.98) multiplied by total hours billed by attorneys (5,085.8 hours) equals $935,685.48.

[3] The twenty (20) staff referenced in my declaration in support of preliminary approval of the settlement, submitted on December 19, 2013, referred to staff on this case between 2009-2013.

-3-

DECLARATION OF CATHERINE E. MORENO
3:11-CV-4001 RS

1  12. In negotiating the settlement of this action, the issue of fees was not negotiated
2  until after the parties had reached an agreement in principle on the substantive aspects of the
3  settlement.  Magistrate Judge Beeler also provided substantial assistance in negotiating the
4  agreed upon fee amount.  The amount of the agreed upon fee was included in the notice to the
5  class.  *See, e.g.*, Declaration of Angie Young Kim Ex. 2.
6  13. Attached hereto as Exhibit 1 is a true and correct copy of the parties' signed
7  settlement agreement, dated December 18, 2013.
8  I declare under penalty of perjury that the foregoing is true and correct to the best of my
9  knowledge.  This declaration was executed on this 6th day of March, 2014, in Palo Alto,
10 California.

                /s/  Catherine E. Moreno
                    Catherine E. Moreno

-4-
DECLARATION OF CATHERINE E. MORENO
3:11-cv-4001 RS