DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
ROBIN GOLDFADEN, State Bar No. 208055
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
JINGNI (JENNY) ZHAO, State Bar No. 284684
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.: 3:11-cv-4001 RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANGIE YOUNG KIM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 10, 2014<br>Time: 1:30 p.m.<br>Judge: Honorable Richard Seeborg<br>Ctrm: 3, 17th Floor |

I, Angie Young Kim, declare:

1. I am an attorney duly licensed to practice before this Court. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), co-counsel for Plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco Jose and Mi Lian Wei in the above-captioned action. I make this Declaration in support of Plaintiffs' Unopposed Motion in Support of Final Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Court's January 23, 2014 Preliminary Approval Order, on January 30, 2014, I sent notice of the proposed settlement in this action in English, Spanish, Chinese, and Punjabi via U.S. mail to all organizations included on the list of low-fee and free legal services provided to respondents in removal proceedings before the San Francisco Immigration Court.

3. These organizations included: Asian Law Caucus; Immigration Law Clinic at U.C. Davis School of Law; Asian Pacific Island Legal Outreach; La Raza Centro Legal; Asylum Program of the San Francisco at the Lawyers' Committee for Civil Rights; National Center for Lesbian Rights; Catholic Charities Immigration Program; Santa Clara University School of Law Civil Clinical Program; Central American Resource Center; Centro Legal de la Raza; Social Justice Collaborative; Community Legal Services in East Palo Alto; and Samuel C. Marsh, Esq.

4. Attached as Exhibit 2 is a true and correct copy of such notice in English.

5. Plaintiffs' counsel at WSGR have not received any objections in writing, via regular or electronic mail, or by telephone or voicemail to final approval of the parties' settlement agreement. Nor have we received any requests for copies of the notice in any alternate format.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  This declaration was executed on this 6th day of March, 2014, in Palo Alto, California.

   /s/  Angie Young Kim
Angie Young Kim

**<u>SIGNATURE ATTESTATION</u>**

I, Catherine E. Moreno, attest that I obtained the concurrence of Angie Young Kim in filing this document.  I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of March, 2014 in Palo Alto, California.

   /s/ Catherine E. Moreno
Catherine E. Moreno