1   DAVID J. BERGER, State Bar No. 147645
    CATHERINE E. MORENO, State Bar No. 264517
2   THOMAS J. MARTIN, State Bar No. 150039
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
5   Facsimile:   (650) 565-5100
    Email:  tmartin@wsgr.com
6
    PAUL CHAVEZ, State Bar No. 241576
7   ROBIN GOLDFADEN, State Bar No. 208055
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
8   131 Steuart Street, Suite 400
    San Francisco, CA 94105
9   Telephone:  (415) 543-9444
    Facsimile:   (415) 543-0296
10  Email:  pchavez@lccr.com

11  JULIA HARUMI MASS, State Bar No. 189649
    JINGNI (JENNY) ZHAO, State Bar No. 284684
12  ALAN L. SCHLOSSER, State Bar No. 49957
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
13  OF NORTHERN CALIFORNIA, INC.
    39 Drumm Street
14  San Francisco, CA 94111
    Telephone:  (415) 621-2493
15  Facsimile:   (415) 255-8437
    Email:  jmass@aclunc.org
16
    Attorneys for Plaintiffs
17
                        **UNITED STATES DISTRICT COURT**
18
                      **NORTHERN DISTRICT OF CALIFORNIA**
19
                          **SAN FRANCISCO DIVISION**
20
21  UELIAN DE ABADIA-PEIXOTO, *et al.*,   )   Case No.:  3:11-cv-4001 RS
                                          )
21                   Plaintiffs,          )
                                          )   **CLASS ACTION**
22                                        )
                     v.                   )   **DECLARATION OF JULIA HARUMI
23                                        )   MASS IN SUPPORT OF PLAINTIFFS'
    UNITED STATES DEPARTMENT OF           )   UNOPPOSED MOTION FOR FINAL
24  HOMELAND SECURITY, *et al.*,          )   APPROVAL OF CLASS ACTION
                                          )   SETTLEMENT**
25                   Defendants.          )
                                          )   Date:      April 10, 2014
26                                        )   Time:      1:30 p.m.
                                          )   Judge:     Honorable Richard Seeborg
27                                        )   Ctrm:      3, 17th Floor
                                          )
28  _____ )

                                          -1-                                6206228

DECLARATION OF JULIA HARUMI MASS
3:11-CV-4001 RS

I, Julia Harumi Mass, declare:

1.      I am a Staff Attorney with the American Civil Liberties Union Foundation of Northern California ("ACLU of Northern California") in San Francisco, California, co-counsel for Plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco Jose, and Mi Lian Wei in the above-captioned action.  I submit this declaration in support of Plaintiffs' Unopposed Motion in Support of Final Approval of Class Action Settlement.  The following facts are based on my personal knowledge and, if called to testify to these facts, I could and would testify competently thereto.

2.      I have been a member of the California bar with an active litigation practice since 1997.  I graduated from UCLA School of Law in 1996.  After graduation, I served as a judicial clerk to the Honorable Warren J. Ferguson on the Ninth Circuit Court of Appeals.  From 1997 to 2003 I was an associate at the Pasadena law firm, Rothner, Segall & Greenstone, and I joined the staff of the ACLU of Northern California in April 2003.

3.      The ACLU of Northern California is the largest regional affiliate of the American Civil Liberties Union and is dedicated to the defense and promotion of the guarantees of liberty and individual rights embodied in the federal and state constitutions.  The ACLU of Northern California has extensive expertise in class action and other impact litigation and has participated in numerous cases in federal court that involve policies and practices of the federal immigration system.  The ACLU of Northern California has also been involved in local, state, and federal advocacy related to immigration enforcement policy.

4.      As a staff attorney at the ACLU of Northern California, I regularly litigate civil rights cases on behalf of plaintiffs in the Northern District of California.  I have litigated numerous cases against federal agencies, including several that named Immigration and Customs Enforcement as a defendant.

5.      My colleagues and I have recorded significant time to this action.  Below is a chart reflecting the ACLU of Northern California attorney timekeepers and hours billed to this matter from 2011-2013:

-2-

| Attorney Timekeeper | Hours Billed (2011-2013) |
|---|---|
| Julia Harumi Mass | 742.38[1] |
| Jenny Zhao | 207 |
| Michael T. Risher | 1.8 |
| **Total** | **951.18** |

6.      Applying the average maximum hourly billing rates under the Equal Access to Justice Act ("EAJA"),[2] this recorded time corresponds to a total of approximately $174,998.09. This amount excludes time spent by Legal Director Alan Schlosser, Legal Fellow Genevieve Fontan, and staff at the ACLU of Northern California as well as filing, transportation, and other costs associated with this action.

7.      It has been and remains my general practice to keep contemporaneous records for all time billed to clients and to enter all of my time for a particular client, on a particular day, in a single entry for the client on that date.  It is also my practice to include sufficient detail in my time entries to inform the client as to the nature of the services I performed for them.  I followed these billing practices throughout this case.  My billing records reflect no more than the time actually spent, and in many cases actually reflect less time than I spent.

8.      In negotiating the settlement of this action, the issue of fees was not negotiated until after the parties had reached an agreement in principle on the substantive aspects of the settlement.  Magistrate Judge Beeler also provided substantial assistance in negotiating the agreed upon fee amount.  The amount of the agreed upon fee was included in the notice to the class.  *See, e.g.*, Declaration of Angie Young Kim Ex. 2.

9.      Pursuant to the Court's January 23, 2014 Preliminary Approval Order, on January 30, 2014, I effectuated the posting of notice of the proposed settlement in English, Spanish, Chinese, and Punjabi on the website of the ACLU of Northern California by including a

---

[1] The increase in hours since my declaration in support of preliminary approval of the settlement submitted on December 19, 2013 reflects additional time spent through December 31, 2013.
[2] The statutory maximum hourly rates (adjusted for increases in the cost of living) were $180.59, $184.32, and $187.02 for 2011, 2012, and 2013 under the EAJA, as provided by the United States Court of Appeals for the Ninth Circuit.  The average maximum for these years ($183.98) multiplied by total hours billed by attorneys (951.18 hours) equals $174,998.09.

-3-

DECLARATION OF JULIA HARUMI MASS
3:11-cv-4001 RS

1  heading in large bold letters, "Notice of Proposed Class Action Settlement," with links to each of

2  the translations of the notice on the case page for the matter, and including links to each

3  translation of the notice on both the blog post and press release announcing the settlement

4  agreement.  These pages can be viewed at https://www.aclunc.org/our-work/legal-docket/uelian-

5  de-abadia-peixoto-et-al-vs-united-states-department-homeland-security;

6  https://www.aclunc.org/news/historic-settlement-reached-class-action-lawsuit-challenging-

7  shackling-immigrants-court; and  https://www.aclunc.org/blog/victory-san-francisco-

8  immigration-detainees-no-longer-shackled.  The notice remained posted for more than thirty (30)

9  days.

10           10.      Plaintiffs' counsel at the ACLU of Northern California have not received any

11  objections in writing, via regular or electronic mail, or by telephone or voicemail to final

12  approval of the parties' settlement agreement.  Nor have we received any requests for copies of

13  the notice in any alternate format.

14           I declare under penalty of perjury that the foregoing is true and correct to the best of my

15  knowledge.  This declaration was executed on this 6th day of March, 2014, in San Francisco,

16  California.

17
                                        /s/  Julia Harumi Mass
18                                          Julia Harumi Mass

19

20

21
                              **SIGNATURE ATTESTATION**
22
         I, Catherine E. Moreno, attest that I obtained the concurrence of Julia Harumi Mass in
23
    filing this document.  I declare under penalty of the laws of the United States that the foregoing
24
    is true and correct.
25
         Executed this 6th day of March, 2014 in Palo Alto, California.
26
                                        /s/ Catherine E. Moreno
27                                         Catherine E. Moreno

28
                                        -4-