DAVID J. BERGER, State Bar No. 147645
CATHERINE E. MORENO, State Bar No. 264517
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tmartin@wsgr.com

PAUL CHAVEZ, State Bar No. 241576
ROBIN GOLDFADEN, State Bar No. 208055
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
Email: pchavez@lccr.com

JULIA HARUMI MASS, State Bar No. 189649
JINGNI (JENNY) ZHAO, State Bar No. 284684
ALAN L. SCHLOSSER, State Bar No. 49957
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: jmass@aclunc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UELIAN DE ABADIA-PEIXOTO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No.: 3:11-cv-4001 RS <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ROBIN GOLDFADEN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: April 10, 2014 <br> Time: 1:30 p.m. <br> Judge: Honorable Richard Seeborg <br> Ctrm: 3, 17th Floor |

I, Robin Goldfaden, declare:

1. I am a Senior Staff Attorney with the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("Lawyers' Committee"), co-counsel for Plaintiffs Uelian De Abadia-Peixoto, Esmar Cifuentes, Pedro Nolasco, and Mi Lian Wei in the above-captioned action. I submit this Declaration in support of Plaintiffs' Unopposed Motion in Support of Final Approval of Class Action Settlement. The following facts are based on my personal knowledge and, if called to testify to these facts, I could and would testify competently thereto.

2. Pursuant to the Court's January 23, 2014 Preliminary Approval Order, on January 30, 2014, I arranged for notice of the proposed settlement in English, Spanish, Chinese, and Punjabi to be posted via email to the list-servs for the Northern California chapter of AILA (American Immigration Lawyers Association) and the Northern California chapter of the National Lawyers' Guild. I directly posted the notice in all four languages (English, Spanish, Chinese, and Punjabi) to the list-serv for the Immigration Committee of the local chapter of the National Lawyers' Guild, and the organization's executive director informed me that, per my request, he forwarded the posted notices to the local chapter's general membership list-serv as well. In the case of AILA, in accordance with arrangements I had previously made, I sent an email to the local chapter's leadership that included the text of the notice in English with links to translations of the notice in Spanish, Chinese, and Punjabi available on the websites of the American Civil Liberties Union Foundation of Northern California and Lawyers' Committee. The Secretary then forwarded my email to the list-serv for the Northern California chapter of AILA. I was copied on the posting and also received a separate email confirming the posting of the notice to the organization's list-serv.

3. Pursuant to the Court's January 23, 2014 Preliminary Approval Order, on January 30, 2014, I secured the posting of notice of the proposed settlement in English, Spanish, Chinese, and Punjabi on the website of the Lawyers' Committee by providing the notice in all four languages to our organization's Communications Director who is able to add material to the Lawyers' Committee website. The Communications Director sent me an email confirming posting of the notices on the Lawyers' Committee website, and I also independently confirmed

-1-

that the notices appeared on the website. The notice in all four languages remained posted for more than thirty (30) days.

4. Plaintiffs' counsel at the Lawyers' Committee have not received any objections in writing, via regular or electronic mail, or by telephone or voicemail to final approval of the parties' settlement agreement. Nor have we received any requests for copies of the notice in any alternate format.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on this 6th day of March, 2014, in San Francisco, California.

      /s/  Robin Goldfaden
      Robin Goldfaden

**SIGNATURE ATTESTATION**

I, Catherine E. Moreno, attest that I obtained the concurrence of Robin Goldfaden in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of March, 2014 in Palo Alto, California.

      /s/ Catherine E. Moreno
      Catherine E. Moreno